**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____ Chapter ____11____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| 1. **Debtor's name** | Bound Logistics, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-2388919 |

4. **Debtor's address**

**Principal place of business**

1609 Vauxhall Rd
Number        Street

Ste 201

Union            NJ        07083-0001
City                State        ZIP Code

Union County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                State        ZIP Code

**Location of principal assets, if different from principal place of business**

366-394 Wilson Ave
Number        Street

Newark            NJ        07105
City                State        ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor    Bound Logistics, LLC
_____    Case number (*if known*)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

        District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                          MM  /  DD  / YYYY

        Case number, if known _____

| Debtor | Bound Logistics, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
Number          Street

_____

_____   _____   _____
City                                                                   State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name          _____

Phone                    _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Bound Logistics, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/22/2026
MM  / DD / YYYY

✖ /s/ Nathan Halberstam                    Nathan Halberstam
Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

✖ /s/ Diana Woody                    Date  04/22/2026
Signature of attorney for debtor          MM    / DD / YYYY

Diana Woody
Printed name
Scura Wigfield, Heyer, Stevens & Cammarota LLP
Firm name
1599 Hamburg Turnpike
Number        Street

| Wayne | NJ | 07470 |
|---|---|---|
| City | State | ZIP Code |

| 973-696-8391 | dwoody@scura.com |
|---|---|
| Contact phone | Email address |

| 486812024 | NJ |
|---|---|
| Bar number | State |

---

7 Avenue L Newark LLC
c/o BAPINEEDU B. BIKKANI
433 HACKENSACK AVE STE 1002
Hackensack, NJ 07601

A&S Trucking Road Services
Attn: Pres./CEO/Reg. Agent
309 Avenue P
Newark, NJ 07105

Ad Hoc Logistics, LLC
Attn: Pres./CEO/Reg. Agent
4272 S 160th St
Seattle, WA 98188

Ad Hoc Logistics, LLC
Attn: Pres./CEO/Reg. Agent
1616 E 26th St
Tacoma, WA 98421

Advanced Servicing, Inc.
Attn: Pres./CEO/Reg. Agent
15 Main Street
Holmdel, NJ 07733

American Express Company
Attn: Pres./CEO/Reg. Agent
200 Vesey Street
New York, NY 10285-3106

AtoB Fleet Inc.
Attn: Pres./CEO/Reg. Agent
Four Embarcadero Center, Ste 1400
San Francisco, CA 94111

Attorney General United States
Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, DC 20044

Bais Trucking LLC
Attn: Pres./CEO/Reg. Agent
1600 Livingston Ave
North Brunswick, NJ 08902

Baltimore Int'l Warehousing & Trans., Inc. (B
Attn: Pres./CEO/Reg. Agent
7646 Canton Center Dr
Baltimore, MD 21224

Bank of America
Attn: Pres./CEO/Officer of Institution
BOA Corp. Ctr., 100 North Tryon St
Charlotte, NC 28255

Baran & Son Management Services
Attn: Pres./CEO/Reg. Agent
108 W 7th St
Bayonne, NJ 07002

Blue Cargo Inc
Attn: Pres./CEO/Reg. Agent
145 Talmadge Rd #1
Edison, NJ 08817

Bluevine Capital Inc.
Attn: Pres./CEO/Reg. Agent
30 Montgomery St, Suite 1400
Jersey City, NJ 07302

Bound Freight, LLC
Attn: Pres./CEO/Reg. Agent
1609 Vauxhall Rd, Ste 201
Union, NJ 07083

Bound Freight, LLC
Attn: Pres./CEO/Reg. Agent
1609 Vauxhall Rd, Ste 201
Union, NJ 07083-0001

Brex, Inc.
Attn: Pres./CEO/Reg. Agent
405 Howard Street
San Francisco, CA 94105

Brookwater Capital
Attn: Pres./CEO/Reg. Agent
1679 E 19th St, Ste 2A
Brooklyn, NY 11229

Brookwater Holdings
Attn: Pres./CEO/Reg. Agent
1679 E 19th St, Ste 2A
Brooklyn, NY 11229

BRS Global Logistics
Attn: Pres./CEO/Reg. Agent
1001 NJ-70
Toms River, NJ 08755

C L EXPRESS TRANSPORT INC
Attn: Pres./CEO/Reg. Agent
1609 Vauxhall Road #201
Union, NJ 07083

C&K Trucking
Attn: Pres./CEO/Reg. Agent
2819 Industrial Ave
North Charleston, SC 29405

Capital One Financial Corporation
Attn: Pres./CEO/Reg. Agent
1680 Capital One Drive
McLean, VA 22102-3491

Cardoso Silva, LLC
Attn: Pres./CEO/Reg. Agent
16 RIDGE LN
Blairstown, NJ 07825

Cashman Klein LLC
Attn: Pres./CEO/Reg. Agent
3 Carteret Dr, Pomona
Pomona, NY 10970

CElegans Labs, Inc
Attn: Pres./CEO/Reg. Agent
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Chaskel A Leser
1659 55th st
Brooklyn, NY 11204

Comcast Business
Attn: Pres./CEO/Reg. Agent
676 ISLAND POND RD
Manchester, NH 03109

Contract Leasing Corp.
Attn: Pres./CEO/Reg. Agent
371 Hoes Lane, Suite 301
Piscataway, NJ 08854

Customs Information Company
Attn: Pres./CEO/Reg. Agent
2261 Market St, Ste 22633
San Francisco, CA 94114

CyberCure, LLC
Attn: Pres./CEO/Reg. Agent
25 Robert Pitt Dr Ste 204
Monsey, NY 10952

David Fogel, Esq.
for Fingercheck
1225 Franklin Avenue
Garden City, NY 11530

Day Break Express

DIEZX
Attn: Pres./CEO/Reg. Agent
4003 Summerville Way
Chester, NY 10918

Direct ChassisLink, Inc.
Attn: Pres./CEO/Reg. Agent
3525 Whitehall Park Dr
Charlotte, NC 28273

Euler Hermes North Am. Ins. Co.
Attn: Pres./CEO/Reg. Agent
100 Int'l Dr., 22nd Flr
Baltimore, MD 21202

Expansion Capital Group, LLC
Attn: Pres./CEO/Reg. Agent
5801 S. Corporate Place
Sioux Falls, SD 57108

Fingercheck
Attn: Pres./CEO/Reg. Agent
1000 Gates Ave #3
Brooklyn, NY 11221

FINNOVA Capital Group
Attn: Pres./CEO/Reg. Agent
445 Park Ave Fl 9
New York, NY 10022

First American Commercial Bancorp, Inc.
Attn: Pres./CEO/Reg. Agent
211 High Point Dr
Victor, NY 14564

First Insurance Funding
Attn: Pres./CEO/Reg. Agent
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062

FlexiVan Leasing, Inc.
Attn: Pres./CEO/Reg. Agent
251 Monroe Avenue
Kenilworth, NJ 07033

Flushing Bank
Attn: Pres./CEO/Officer of Institution
260e Rxr Plz
Uniondale, NY 11556

Flushing Bank
Attn: Pres./CEO/Reg. Agent
260e Rxr Plz
Uniondale, NY 11556

Ford Global
Attn: Pres./CEO/Reg. Agent
1679 E 19th St, Ste 2A
Brooklyn, NY 11229

Freight Horse, LLC
Attn: Pres./CEO/Reg. Agent
500 Kennedy Dr
Sayreville, NJ 08872

FRIDAY
Attn: Pres./CEO/Reg. Agent
481 Wythe Ave Ste 107
Brooklyn, NY 11249-6185

Fund Now, LLC
Attn: Pres./CEO/Reg. Agent
500 WEST PUTNAM Ave, Ste400
Greenwich, CT 06830

HIGHLAND HILL CAPITAL LLC
Attn: Pres./CEO/Reg. Agent
1100 PARK CENTRAL BLVDS, Ste 1200
Pompano Beach, FL 33064

Ice Transportation Inc
Attn: Pres./CEO/Reg. Agent
219 South Street, Suite 100
New Providence, NJ 07974

IMC Logistics LLC
Attn: Pres./CEO/Reg. Agent
Charleston, SC 29492

IMC Logistics LLC
Attn: Pres./CEO/Reg. Agent
1102 E. Pleasant Run Road
Wilmer, TX 75172

Immediate Capital Solutions LLC
c/o RBF Management LLC
19790 W Dixie Hwy, 11th flr, Unit 1119
Miami, FL 33180

Inland
Attn: Pres./CEO/Reg. Agent
310 Paterson Plank Rd
Carlstadt, NJ 07072

Intuit, Inc.
Attn: Pres./CEO/Reg. Agent
405 N Angier Ave NE
Atlanta, GA 30308

Invictus Transport, LLC
Attn: Pres./CEO/Reg. Agent
16013 Bear Bayou Dr
Channelview, TX 77530

IPFS of New York, LLC
12203
52 Corporate Circle, Suite 208
Albany, NY 12203

JPMorgan Chase
Attn: Pres./CEO/Reg. Agent
270 Park Avenue, 31st Floor
New York, NY 10017

JPMorgan Chase Bank, N.A.
Attn: Pres./CEO/Officer of Institution
270 Park Avenue
New York, NY 10017

JRG Funding, LLC
Attn: Pres./CEO/Reg. Agent
180 Maiden Lane
New York, NY 10038

Juan Amador
c/o SATTIRAJU & THARNEY, LLP
50 Millstone Rd, Bldg 300, Ste 202
Hightstown, NJ 08520

Junction Collaborative Transports
Attn: Pres./CEO/Reg. Agent
100 W Victoria St
Long Beach, CA 90805

Larkpass Capital
Attn: Pres./CEO/Reg. Agent
90 IRONS STREET
Toms River, NJ 08753

Legacy Drayage Inc
Attn: Pres./CEO/Reg. Agent
16240 Avalon Blvd
Carson, CA 90746

Logiclite, aka Logic Advance Group
Attn: Pres./CEO/Reg. Agent
589 8th Ave 6th Fl
New York, NY 10018

Luxe Clean
Attn: Pres./CEO/Reg. Agent
1 Kinderkamack Road
Hackensack, NJ 07601

MARK-IT SERVICES
Attn: Pres./CEO/Reg. Agent
668 NJ-70
Lakehurst, NJ 08733

Matson Navigation Company Inc.
Attn: Pres./CEO/Reg. Agent
1411 Sand Island Parkway
Honolulu, HI 96819

Merchant Advance
Attn: Pres./CEO/Reg. Agent
101 Crawfords Corner Rd, Ste 4206
Holmdel, NJ 07733

Miller Auto Lease
Attn: Pres./CEO/Reg. Agent
1824 Route 38
Lumberton, NJ 08048

MSC MEDITERRANEAN SHIPPING Co.
Attn: Pres./CEO/Reg. Agent
420 5th Ave
New York, NY 10018

MZ Advance, LLC
Attn: Pres./CEO/Reg. Agent
180 maiden lane
New York, NY 10038

Nachman Halberstam

Nachman Halberstam
54 IMPERIAL PLACE
Jackson, NJ 08527

NATIONAL ROAD LOGISTICS LLC
Attn: Pres./CEO/Reg. Agent
2651 WALNUT AVE
Signal Hill, CA 90755

New Stream Logistics
18501 S Main St
Gardena, CA 90248

Next Point Funding, LLC
Attn: Pres./CEO/Reg. Agent
6800 Jericho Turnpike
Syosset, NY 11791

OceanFirst Bank, N.A.
Attn: Pres./CEO/Officer of Institution
975 Hooper Ave
Toms River, NJ 08753

Parnassus Funds
Attn: Pres./CEO/Reg. Agent
1 Market Street, Suite 1600
San Francisco, CA 94105

Parnassus Investments
Attn: Pres./CEO/Reg. Agent
1 Market Street, Suite 1600
San Francisco, CA 94105

PEM Law
Attn: Pres./CEO/Reg. Agent
1 Boland Dr, Suite 101
West Orange, NJ 07052

Platinum Transport
Attn: Pres./CEO/Reg. Agent
563 New Point Rd
Elizabeth, NJ 07206

Port Kearny Security, Inc
Attn: Pres./CEO/Reg. Agent
61 Hackensack Ave
Kearny, NJ 07032


Portpro
Attn: Pres./CEO/Reg. Agent
111 Town Square Pl, ste 1238
Jersey City, NJ 07310


Prepass
Attn: Pres./CEO/Reg. Agent
2929 N Central Ave, Suite 1500
Phoenix, AZ 85012


QFS Capital, LLC
Attn: Pres./CEO/Reg. Agent
110 E. Broward Blvd, Suite 1550
Fort Lauderdale, FL 33301


RapidLink Repairs
Attn: Pres./CEO/Reg. Agent
3525 Whitehall Park Drive, Suite 400
Charlotte, NC 28273


Rapido Solutions Group, LLC.
Attn: Pres./CEO/Reg. Agent
1142 W Madison St, Suite 301
Chicago, IL 60607


ROADEX
Attn: Pres./CEO/Reg. Agent
2132 E. Dominguez St. Bldg B
Long Beach, CA 90810


SATTIRAJU & THARNEY, LLP
Attn: Ravi Sattiraju
50 Millstone Rd, Bldg 300, Ste 202
Hightstown, NJ 08520


Seamless North America LLC
Attn: Pres./CEO/Reg. Agent
1065 Avenue of the Americas, 15th Flr
New York, NY 10018


Semper Fi Drayage Services
Attn: Pres./CEO/Reg. Agent
2811 Travick Ln
Houston, TX 77073

Somet Truck Center
Attn: Pres./CEO/Reg. Agent
Elizabeth, NJ 07201


SUNBURST TRUCK LINES
Attn: Pres./CEO/Reg. Agent
Houston, TX 77013


The Genset Pool, LLC
Attn: Pres./CEO/Reg. Agent
120 Tyler St
Newark, NJ 07114


Tigerhawk Logistics
Attn: Pres./CEO/Reg. Agent
1485 E Sam Houston Pkwy S Ste 140
Pasadena, TX 77503


Trac Intermodal
Attn: Pres./CEO/Reg. Agent
600 College Rd E
Princeton, NJ 08540


Trend Intermodal Chassis Leasing
Attn: Pres./CEO/Reg. Agent
78 John Miller Way
Kearny, NJ 07032


TRUCKMAN TRANSPORT LLC
Attn: Pres./CEO/Reg. Agent
4811 Underwood Road
Pasadena, TX 77507


U.S. Small Business Administration
Attn: Pres./CEO/Reg. Agent
409 3rd Street, SW
Washington, DC 20416


US Attorney's Office - District of NJ
Attn: Jeffrey Schervone (SBA)
970 Broad St #806
Newark, NJ 07102


Vertical Truck Training Partners
Attn: Pres./CEO/Reg. Agent
1730 Galleria Oaks Dr
Texarkana, TX 75503


Wallstreet Intermodal LLC
Attn: Pres./CEO/Reg. Agent
Mantua, OH 44255

Wan Hai Lines (USA) LTD
Attn: Pres./CEO/Reg. Agent
17200 N Perimeter Drive, Ste 200
Scottsdale, AZ 85255


WillScot Holdings Corporation
Attn: Pres./CEO/Reg. Agent
6400 E McDowell Rd., 3rd Flr
Scottsdale, AZ 85257


Workforce QA
Attn: Pres./CEO/Reg. Agent
3489 W 2100 S, Ste 300
West Valley City, UT 84119


Yisroel Jacobs, CPA
79 N 11th St
Brooklyn, NY 11249

United States Bankruptcy Court

District of New Jersey

In re:  Bound Logistics, LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   04/22/2026

/s/ Nathan Halberstam
Signature of Individual signing on behalf of debtor

Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

New Jersey  District Of  New Jersey

**In re**  Case No.

Bound Logistics, LLC  Chapter  11

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ Hourly Fees
Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . .  $ 40,000.00
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ Undetermined

2.  The source of the compensation paid to me was:

☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/22/2026  /s/ Diana Woody

*Date*  *Signature of Attorney*

Scura Wigfield, Heyer, Stevens & Cammarota LLP

*Name of law firm*

---