**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1 Harmon Meadow Blvd., Suite 201
Secaucus, New Jersey 07094
Tel.: 973-696-8391
Aiden Murphy, Esq.
*Counsel for Bound Logistics, LLC*
*Debtor-in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:*<br><br>**BOUND LOGISTICS, LLC,**<br><br>Debtor-in-Possession | Case No. 26-14399-MEH<br><br>Chapter 11<br><br>Hon. Judge Mark E. Hall |

**CERTIFICATION OF NACHMAN "NATHAN" HALBERSTAM REGARDIND DEBTOR'S EFFORTS TO OBTAIN REPLACEMENT INSURANCE POLICIES FOLLOWING RELIEF FROM STAY**

I, Nachman "Nathan" Halberstam, of full age, certify as follows:

1. I am the chief executive officer and a member of Bound Logistics, LLC (the "Debtor").

2. I make this certification the court's determination to grant the Motion for the Entry of an Order Granting FIRST Insurance Funding Relief from the Automatic Stay and Granting Related Relief (Docket No. 80).

3. I am the chief executive officer and the majority owner of the membership interests in the Debtor. In that role, I personally oversee the day-to-day business operations and maintain the Debtor's books and records.

4. The Debtor is a logistics business that provides intermodal trucking and drayage services from the Port of New York and New Jersey, Newark Liberty Airport, and at other major ocean

container terminals across the United States.

5. The Debtor obtain its insurance policies from World Insurance Associates LLC ("World Insurance") in Wayne, New Jersey. The Debtor works with Unit Co-Leader and Client Advisor Jeffrey Scafuro and Account Manager Tara Scafura at World Insurance.

6. On Wednesday, August 12, 2026, I spoke with Mr. Scafuro multiple times about ensuring that Bound Logistics maintained insurance coverage including requesting that je obtain quotes for new insurance policies.

7. On August 14, 2026, I followed up with Mr. Scafuro to find out whether he had made any progress on getting new insurance policies for the Debtor. Mr. Scafura responded that he expects to have something back from the insurance companies on the rewriting of insurance quotes in the middle of next week.

I hereby certify that the foregoing statements made by me are true and that if any of these statements are willfully false that I am subject to punishment.

Dated: August 14, 2026

*<u>/s/ Nachman Halberstam</u>*
Nachman "Nathan" Halberstam