UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**BARCLAY DAMON LLP**
Allen J. Underwood, II, Esq.
1270 Avenue of the Americas, Suite 2310
New York, NY 10020
Phone: (212) 784-5843
-and-
**SHAPIRO SHER GUINOT & SANDLER**
Scott W. Foley, Esq.
250 West Pratt Street, Suite 2000
Baltimore, MD 21201
Phone: (410) 385-4234

*Attorneys for FIRST Insurance Funding.*

**Order Filed on August 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

BOUND LOGISTICS, LLC.

Case No. 26-14399-MEH

Chapter 11

**Judge: Mark E. Hall**

**Original Hearing Date: Tuesday, July 21, 2026 at 10:00 am**
**Adjourned Hearing Date: Tuesday, August 11, 2026 at 10:00 am**

**ORDER GRANTING FIRST INSURANCE FUNDING RELIEF FROM THE AUTOMATIC STAY TO TERMINATE PREMIUM FINANCE AGREEMENT AND GRANTING RELATED RELIEF**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 14, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

DEBTOR: BOUND LOGISTICS, LLC
CASE NO.: 26-14399-MEH
CAPTION: ORDER GRANTING FIRST INSURANCE FUNDING RELIEF FROM THE AUTOMATIC STAY TO TERMINATE PREMIUM FINANCE AGREEMENT AND GRANTING RELATED RELIEF

**THIS MATTER** having been opened to the court by FIRST Insurance Funding's ("**FIRST**") Motion for Relief from the Automatic Stay to Terminate Premium Finance Agreement (the "**Motion**") (Dkt. 80) [1], the Court having considered the Motion, the Debtor's opposition to the Motion (Dkt. 86), FIRST's reply to the Debtor's Opposition (Dkt. 87), the argument of FIRST and Debtor's counsel, and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no further notice need by given; and after due deliberation thereon; and good cause appearing therefore, it is hereby;

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 is hereby terminated as of the date of the filing of the Motion (i.e. June 26, 2026), to permit FIRST to exercise its rights and remedies under applicable non-bankruptcy law with respect to the Finance Agreement, Financed Insurance and Finance Agreement Collateral; and it is further

**ORDERED**, that FIRST be authorized to take any and all actions necessary to: (i) cancel the Financed Insurance as of the Default Date without further notice (either contractually or statutorily); (ii) recover its Finance Agreement Collateral directly from the Agent and/or Insurers, including, the unused portion of insurance premiums; and (iii) apply any recoveries to the Indebtedness owed to FIRST under the Finance Agreement; and it is further

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

**ORDERED**, to the extent that the recovered unearned premiums exceed the Indebtedness, FIRST is authorized and directed to turnover the excess unearned premiums to Debtor's counsel for the benefit of the Debtor's estate

**ORDERED**, that FIRST be authorized to take any action and execute any documents as the Debtor's (and any subsequently appointed trustee's) agent and attorney-in-fact pursuant to the Finance Agreement with respect to the Financed Insurance and Finance Agreement Collateral; and it is further

**ORDERED**, that the Debtor (and any subsequently appointed trustee) are directed to cooperate to the full extent possible with any audits by the respective carrier(s) on the Financed Insurance.